JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIO FIBER SOLUTIONS INTERNATIONAL, a California Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL'S OFFICE SOLUTIONS, INC., a corporation, and DOES 1 through 10, inclusive,<br>        Defendants<br>_____<br><br>AND RELATED CROSS-ACTION | Case No.: SACV 13-01833-JLS-DFM<br><br>ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION |

/ / /

/ / /

/ / /

1
2      Upon Stipulation of the Parties to this Action, the Complaint and Related
3  Cross-Complaint in the above-entitled Action are hereby dismissed with prejudice.
4  IT IS SO ORDERED.
5
6
7  Dated: December 18, 2014            _____JOSEPHINE L. STATON_____
8                                      UNITED STATES DISTRICT COURT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25